# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  14cv01809-RPM-KLM

STEVEN FAULKNER and YVONNE FAULKNER,

Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

Defendant.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the Parties' Stipulation For Dismissal With Prejudice, and the Court, having reviewed the Stipulation and the file and being otherwise fully advised in the premises,

HEREBY ORDERS that the Stipulation for Dismissal with prejudice is hereby GRANTED, and this case is dismissed with prejudice, each party to pay its own attorneys' fees and costs.

DATED this 7th day of January, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge